NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STACY CARSON AND AMY CARSON, AS LEGAL GUARDIANS FOR KIT CARSON,**
*Petitioners-Appellants,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2010-5089

---

Appeal from the United States Court of Federal Claims in case no. 02-VV-873, Judge Mary Ellen Coster Williams.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

## O R D E R

The Secretary of Health and Human Services moves for summary affirmance. The appellants oppose.

We deem it the better course to deny the motion and request the parties put their arguments in their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The appellants' opening brief is due within 30 days of the date of filing of this order.

FOR THE COURT

SEP 2 4 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: David P. Matthews, Esq.
    Heather L. Pearlman, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 4 2010

JAN HORBALY
CLERK